UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA GIARDINA | CIVIL ACTION |
| VERSUS | NO. 23-1987 |
| AEGIS SECURITY INSURANCE COMPANY | SECTION M (5) |

**ORDER OF DISMISSAL**

The Court having been advised by counsel that all of the parties to this action have firmly agreed upon a compromise in this matter,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or seek summary judgment enforcing the compromise if the settlement is not consummated within 60 days or such other time as is reasonable. The Court retains jurisdictions for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 31st day of January, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE